**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Royce BIRDSBILL, Sr., Defendant–Appellant.**

**No. 06–30261.**

United States Court of Appeals,
Ninth Circuit.

Submitted April 16, 2007.*

Filed April 19, 2007.

Craig W. Haller, Esq., Office of the U.S. Attorney, Great Falls, MT, for Plaintiff–Appellee.

Mayo J. Ashley, Helena, MT, for Defendant–Appellant.

Before: O'SCANNLAIN, CLIFTON, and BEA, Circuit Judges.

## MEMORANDUM **

Royce Birdsbill, Sr. appeals from his jury conviction and 60–month sentence for being a felon in possession of a firearm in violation of 18 U.S.C. § 922(g)(1).

Pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

(1967), Birdsbill's counsel has filed a brief stating there are no grounds for relief, along with a motion to withdraw as counsel of record. The Government did not file an answering brief.

Our independent review of the briefs and the record pursuant to *Penson v. Ohio,* 488 U.S. 75, 80–81, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), discloses no grounds for relief on direct appeal.

Accordingly, counsel's motion to withdraw is **GRANTED,** all other pending motions are denied, and the district court's judgment is **AFFIRMED.**